IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED 2006 APR 24 A 10:04

George Willie Gray 239975
Full name and prison number of
plaintiff(s)

v.

Warden Arnold Holt Et. Al.

Alabama Department of Correction

Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 2:06cv369-WKW
(To be supplied by the Clerk of the
U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? Yes ( ) No (✓)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( ) No (✓)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit
   Plaintiff(s) _____NA_____

   Defendant(s) _____NA_____

2. Court (if federal court, name the district; if state court, name the county)
   _____

3. Docket No. _____NA_____

4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? **N/A**

6. Approximate date of filing lawsuit **N/A**

7. Approximate date of disposition **N/A**

II. PLACE OF PRESENT CONFINEMENT **Bullock Correctional facility P.O. Box 5107 Union Springs, Alabama 36089**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. Alabama Department of Correction   301 S. Ripley St. Montgomery, Ala. 36130
2. Warden Arnold Holt   P.O. Box 5107. Union Springs, Ala. 36089
3. 
4. 
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **February 20, 2006**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **Eight Amendment - Cruel and Unusual Punishment**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

On or about December 1, 2005 I was Asigned a Institutional Job In the Kitchen At Bullock Correctional facility, I Inform Prison offical That I was unable to work Because of my Disability. But was made to work Long hour or face Lockup. This is Cruel and Unusual Punishment, The Acts and Omission
SEE Attached

GROUND TWO: Personal Injury Claim

SUPPORTING FACTS: On february 20, 2006 I slip and fell while on a Job Asigned to Me by Prision official In the kitchen At Bullock Correctional facility, This slip and fall was brought About of spill or Leaking water That was on the floor, And without A warning from A Sign, or Notice, This slip And fall has Cause Me Unbarable Pain And suffering And severe Injury to my neck and back
See Attached

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
I would Like to be Compensated for My Pain and suffering. And for The Abritrary And Capricious Placement In the kitchen when the Above-named Defendants, And or Its Agents knew That I was Medically Diagnois As been Disabled.

*George Willie Gray*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 4-5-06
         (date)

*George Willie Gray*
Signature of plaintiff(s)

-3-

IN The United States District Court for The
Middle District of Alabama

George Willis Gray AIS# 239975

v.

Warden Arnold Holt Et.Al.

Alabama Department of Correction

Case No. 2:06cv369-WKW
To be filled out by Clerk

## Civil Action Complaint

Comes Now George Willis Gray, Plaintiff In the Above-styled Cause Against The Above-named Defendants And/or Its Agents for The 8th Amendment Violation And Personal Injury The Above-named Defendants has subjected Me too, I'Am filing A Valid Claim Pursuant To Rule (a.) of The federal Rules of Civil Procedure, And Ask This Honorable Court To Allow Me to proceed In forma Pauperis As A Matter of Law And for The following Thereof:

### Ground One Continued

On or About December 1, 2005 I was Asigned A Institutional Job In the Kitchen At Bullock Correctional facility, I Inform Prison official That I Was unable to work because of My Disability, But was Made To work Long hour on My feets or face Lock up, This is Cruel And unusual punishment, The Acts And Omission by the Above-named Defendants has Cause Me severe Pain And Suffering This Action is being brought Against The Above-named Defendants In open Court, Plaintiff Seek 70 Thousand Dollars In Damages Suffer At The Hand off The Above-named Defendant's And/or Its Agents Working under The Color of Law.

### Ground Two Continued

On or About february 20, 2006 I slip And fell on water waste on The floor Negligence Left Cautrouous by The Above-named defendant's And/or Its Agents Without A wet floor

sign or prior notice that this area was slippery when wet, this slip and fall has cause me severe pain and suffering that comes from my neck and back injury cause from the slip and fall, from the acts and omission by the above-named defendants and/or its agents working under the color of law, I would like to be compensated for my pain and suffering and for the arbitrary and capricious placement in the kitchen, when the above-named defendants and or its agents knew or should have know that I was medically diagnosis as been disabled and unable to work, Plaintiff seek 70 Thousands Dollars for personal injurys suffering at the hands of the above-named defendants.

Relief sought

1. Plaintiff seek 70 Thousand Dollar for the above-named defendants and/or it agents for pain and suffering, personal injury and the above-named defendants and/or its agents for violation of his 8th amendments right by being subjected to cruel and unusual punishment.

2. Plaintiff seek and request this Honorable Court issue an order for the above-named defendants to respond at once of my claims and provide to this court all medical record of me - George Willie Gray from the Alabama Department of Correction and provide me a copy, Also provide this Honorable Court with a list of all kitchen worker from December 2005 to April 2006, I need these records to properly defend my cause in open court.

3. Plaintiff seek a settlement to include release from custody from the state of Alabama Department of Correction and/or its agent acting under the color of law.

Respectfully submitted
George Willie Gray

Sworn And Subscribed before Me on This 5th day of April, 2006.

_Lu Ana P. Anthony_
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

### Certificate of Service

I filed on This 20 day of APRIL 2006, A Civil Action Complaint In the United States District Court by Placing It In The United States Postal Service.

_George Willie Gray_
Bullock Correctional Facility
P.O. Box 5107
Union Springs, Alabama
36089

### Service of Summons

Alabama Department of Correction
301 S. Ripley St.
Montgomery, Alabama
36130

Warden Arnold Holt Et Al
P.O. Box 5107
Union Springs, Alabama
36089