(c) Pensions, annuities, or life insurance payments?  Yes ____ No ____

(d) Gifts or inheritances?  Yes ____ No ____

(e) Any other sources?  Yes ____ No ____

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

_____

_____

_____

4. How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ 75.69

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?    Yes ✓    No ____

If the answer is "yes," describe the property and state its approximate value:

_____

_____

_____

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: 4-20-06

*George Willie Gray*
SIGNATURE OF PLAINTIFF

2

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include both the total deposits made to the prisoner's account each and every month for the preceding six months **and** the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

### CERTIFICATION

I hereby certify that prisoner _George Willie Gray_ has been incarcerated in this institution since _MAY 16_, _2005_ and that he has the sum of $ _75.19_ in his prison or jail trust account on this the _20_ day of _APRIL_, 20 _06_. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | _____ | $_____ | $_____ |
| Month 2 | _____ | $_____ | $_____ |
| Month 3 | _____ | $_____ | $_____ |
| Month 4 | _____ | $_____ | $_____ |
| Month 5 | _____ | $_____ | $_____ |
| Month 6 | _____ | $_____ | $_____ |
| Current month (if less than full month) | _____ | $_____ | $_____ |

_____
Signature of Authorized Officer of Institution

_BULLOCK CORRECTIONAL FACILITY_
Name of Institution

4

```
                       STATE OF ALABAMA
                    DEPARTMENT OF CORRECTIONS
                   BULLOCK CORRECTIONAL FACILITY


AIS #: 239975        NAME: GRAY,  GEORGE                AS OF: 04/19/2006

                     # OF        AVG DAILY         MONTHLY
            MONTH    DAYS         BALANCE          DEPOSITS
------------------------------------------------------------------------

            APR      11           $0.00             $0.00
            MAY      31           $6.96             $27.00
            JUN      30           $17.46            $100.00
            JUL      31           $14.75            $50.00
            AUG      31           $2.90             $25.00
            SEP      30           $156.21           $609.17
            OCT      31           $272.86           $80.00
            NOV      30           $31.34            $0.00
            DEC      31           $15.11            $80.00
            JAN      31           $6.78             $25.00
            FEB      28           $14.16            $65.00
            MAR      31           $37.28            $140.00
            APR      19           $14.33            $75.00
```