IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGE WILLIE GRAY, # 239975, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-369-WKW |
| | ) | (WO) |
| WARDEN ARNOLD HOLT, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

The Magistrate Judge filed a Recommendation in this case (Doc. # 5) on June 12, 2006, finding that this case is due to be dismissed for failure to comply with orders of the Court.  No objections were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that

1.    The Recommendations of the Magistrate Judge are ADOPTED.

2.    This case is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this the 3rd day of August, 2006.

         /s/   W.  Keith Watkins         
UNITED STATES DISTRICT JUDGE